# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-20639
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
July 2, 2018

Lyle W. Cayce
Clerk

WILFREDO PINEDA, also known as Wilfredo Pineda Alarcon,

Plaintiff - Appellant

v.

KIRSTJEN M. NIELSEN, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; MARK SIEGL, Field Office Director, United States Citizenship & Immigration Services,

Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CV-2179

Before REAVLEY, GRAVES, and HO, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed for the reasons given by that court in its opinion of September 11, 2017.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.